MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**SHUMWAY VAN**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
garrett@shumwayvan.com
*Attorneys and Local Counsel for Plaintiffs*

FARHAD NOVIAN (California Bar No. 118129; admitted pro hac vice)
*farhad@novianlaw.com*
ANDREW B. GOODMAN (California Bar No. 267972; admitted pro hac vice)
*agoodman@novianlaw.com*
ALEXANDER B. GURA (California Bar No. 305096; admitted pro hac vice)
*gura@novianlaw.com*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:     (310) 553-1222
Facsimile:     (310) 553-0222
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TSATAS, an individual; LEONIDAS VALKANAS, as trustee of the KEET TRUST dated August 1, 2015; RAYMOND BARAZ, an individual; PASCAL ABDALLAH, an individual; JIMMY TSOUTSOURAS, an individual; FOTINI VENETIS, an individual; NICHOLAS TSOUTSOURAS, an individual; CONNIE TSOUTSOURAS, an individual; RAYMONDE KANHA, an individual; ALFRED BEKHIT, an individual; JACQUEZ ELBAZ, an individual; MARTINE BENEZRA, an individual; JAMES P. CARROLL, an individual; DAVID CHIN, an individual; JENNIFER MILLS, an individual; PAUL SUBLETT, an individual; ANDREW SUBLETT, an individual; MANOLIS KOSTAKIS, an individual; ESTHER GEORGAKOPOULOS, an individual; EVAGELIA KOSTAKIS, an individual; DENIS PARSONS, an individual; SOFIA KARDARAS, an individual; JIMMY ASMAKLIS, an individual; CORRADINO GALUPPO, an individual; DENIS KOPITAS, | CASE NO.: 2:20-cv-2045-<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT TO JANUARY 22, 2021**<br><br>**(First Request)** |

an individual; TERRY TSATAS, an individual; GEORGE TSATAS, an individual; PANAGIOTA TSATAS, an individual; OURANIA TSATAS, an individual; KIRIAKOS PRIMBAS, an individual; EVANTHIA PRIMBAS, an individual; PATRICK AYOUB, an individual; MICHAEL BESCEC, an individual; ERNEST LEBOEUF, an individual; PHILIPPE LEGAULT, an individual; EFTIHIOS LITSAKIS, an individual; GIOVANNI MONCADA, an individual; MARC RIEL, an individual; JARADEH SALIM, an individual; HANI HAMAM, an individual; CONSTANTIN ZISSIS, an individual; BESSIE PEPPAS, an individual; NIKI PALIOVRAKAS, an individual,

        Plaintiffs,

    v.

AIRBORNE WIRELESS NETWORK, INC., a Nevada Corporation; MICHAEL J. WARREN, an individual; J. EDWARD DANIELS, an individual; MARIUS DE MOS, an individual; JASON DE MOS, an individual; ROBERT BRUCE HARRIS, an individual; KELLY KABILAFKAS, an individual; and APCENTIVE, INC., a Nevada Corporation,

        Defendants.

Plaintiffs and defendants, by and through the undersigned counsel of record, hereby stipulate to the following facts:

1. All defendants except for Jason De Mos and Marius De Mos have been served with the summons and complaint. The undersigned counsel for defendants has agreed to accept service of the summons and complaint on behalf of defendants Jason De Mos and Marius De Mos.

2. The current response date for defendant Airborne Wireless Network, Inc. is December 22, 2020. No other defendant's response to the complaint has come due, but will at various times between December 23, 2020 and December 30, 2020.

3. The defendants may have common perceived deficiencies they would like to meet and

confer about with plaintiffs prior to filing Motion(s) to Dismiss.

4. Counsel for the Parties wish to enjoy the holiday season without the burden of meeting and conferring, amending the pleadings, or drafting Motion(s) to Dismiss.

5. This is the first stipulation for an extension of time for defendants to respond to the complaint.

6. Plaintiffs and defendants, by and through the undersigned counsel of record, agree to extend the time for all defendants to file a responsive pleading to January 22, 2021.

7. The undersigned counsel for the defendants consents to having counsel for the plaintiffs electronically sign the present stipulation on his behalf.

IT IS SO STIPULATED.

DATED: December 22, 2020

Respectfully submitted.

SHUMWAY VAN
NOVIAN & NOVIAN, LLP

By: */s/ Andrew B. Goodman*
MICHAEL C. VAN, ESQ. #3876
GARRETT R. CHASE, ESQ. #14498
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

FARHAD NOVIAN, ESQ. (California Bar No. 118129)
ANDREW B. GOODMAN, ESQ. (California Bar No. 267972)
ALEXANDER B. GURA, ESQ. (California Bar No. 305096)
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
*Attorneys for Plaintiffs*

[signatures on the following page]

DATED: December 22, 2020

Respectfully submitted.

GREENSPOON MARDER LLP
THE MALONEY FIRM, APC

By: */s/ Gregory M. Smith*
PHILLIP SILVESTRI, ESQ. #11276
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169

PATRICK M. MALONEY, ESQ. (California Bar No. 197844)
GREGORY M. SMITH, ESQ. (California Bar No. 259971)
*Attorneys for Defendants*

ORDER

**IT IS SO ORDERED**

**DATED:** 3:05 pm, December 29, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**