1 | Peter L. Chasey, Esq.
2 | Nevada Bar No. 7650
Chasey Law Offices
3 | 3295 N. Fort Apache Road, Suite 110
Las Vegas, Nevada 89129
4 | phone (702) 233-0393
email peter@chaseylaw.com
5 |
6 | S. Don Bennion, Esq.
Nevada Bar No. 4530
7 | Law Offices of S. Don Bennion
6980 O'Bannon Drive, Suite 400
8 | Las Vegas, NV 89117
phone (702) 333-0777
9 | fax (702) 333-0577
email don@bennionlaw.com
10 |
Attorneys for Defendants
11 | AIRBORNE WIRELESS NETWORK, INC.,
MICHAEL J. WARREN, J. EDWARD DANIELS,
12 | JASON DE MOS, ROBERT BRUCE HARRIS,
KELLY KABILAFKAS and APCENTIVE, INC.
13 |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA TSATAS, an individual; LEONIDAS VALKANAS, as trustee of the KEET TRUST dated August 1, 2015; RAYMOND BARAZ, an individual; PASCAL ABDALLAH, an individual; JIMMY TSOUTSOURAS, an individual; FOTINI VENETIS, an individual; NICHOLAS TSOUTSOURAS, an individual; CONNIE TSOUTSOURAS, an individual; RAYMONDE KANHA, an individual; ALFRED BEKHIT, an individual; JACQUEZ ELBAZ, an individual; MARTINE BENEZRA, an individual; JAMES P. CARROLL, an individual; DAVID CHIN, an individual; JENNIFER MILLS, an individual; PAUL SUBLETT, an individual; ANDREW SUBLETT, an individual; MANOLIS KOSTAKIS, an individual; ESTHER GEORGAKOPOULOUS, an individual; | CASE NO.:   2:20-cv-2045-RFB-BNW

**STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ. IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]** |

– 1 –

STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ.
IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR
PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]

EVAGELIA KOSTAKIS, an individual; DENIS )
PARSONS, an individual; SOFIA KARDARAS, )
an individual; JIMMY ASMAKLIS, an individual; )
CORRADINO GALUPPO, an individual; DENIS )
KOPITAS, an individual; TERRY TSATAS, an )
individual; GEORGE TSATAS, an individual; )
PANAGIOTA TSATAS, an individual; )
OURANIA TSATAS, an individual; KIRIAKOS )
PRIMBAS, an individual; EVANTHIA PRIMBAS, )
an individual; PATRICK AYOUB, an individual; )
MICHAEL BESCEC, an individual; ERNEST )
LEBOEUF, an individual; PHILIPPE LEGAULT, )
an individual; EFTIHIOS LITSAKIS, an )
individual; GIOVANNI MONCADA, an )
individual; MARC RIEL, an individual; )
JARADEH SALIM, an individual; )
HANI HAMAM, an individual; CONSTANTIN )
ZISSIS, an individual; BESSIE PEPPAS, an )
individual; NIKI PALIOVRAKAS, an individual; )
)
        Plaintiffs, )
)
vs. )
)
AIRBORNE WIRELESS NETWORK, INC., a )
Nevada Corporation; MICHAEL J. WARREN, an )
individual; J. EDWARD DANIELS, an individual; )
MARIUS DE MOS, an individual; JASON )
DE MOS, an individual; ROBERT BRUCE )
HARRIS, an individual; KELLY KABILAFKAS, )
an individual; and APCENTIVE, INC., a Nevada )
Corporation, )
)
        Defendants. )
_____ )

## STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ. IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]

Plaintiffs (as listed in the caption above, with the exception of the ten named plaintiffs for whom

the Court granted a Motion to Withdraw [Document 219] and for which there is a pending unopposed

STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ.
IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR
PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]

request to dismiss them [Document 236]) and Defendants (as listed in the caption above, with the exception of the deceased Defendant Marius De Mos) (together, the "Parties"), by and through their undersigned counsel of record, submit this Stipulation to Strike Declaration of Peter L. Chasey, Esq. in support of Motion for Case Dispositive Sanctions for Perjury and Other Misconduct [Document 242-1].

Whereas, this Court entered the Parties' Stipulated Protective Order and Confidentiality Agreement on 08/09/21 [Document 64].

Whereas, the Parties' Stipulated Protective Order and Confidentiality Agreement, at paragraph 8, requires that any "Confidential Material" (as defined therein) shall be submitted to the Court in conjunction with a motion for leave to file under seal pursuant to LR IA 10-5(a).

Whereas, paragraph 4 of the Parties' Stipulated Protective Order and Confidentiality Agreement requires the Parties to designate portions of a deposition transcript as "CONFIDENTIAL" within 30 days of receipt of the transcript, after which the portions of the deposition transcripts so designated shall be treated as "Confidential Information" by the Parties.

Whereas, on October 6, 2022, November 2, 2022, and September 6, 2023, respectively, Plaintiffs timely designated certain portions of the deposition transcripts of Leonidas Valkanas (Volume 1), Jimmy Tsoutsouras, and David Chin as "CONFIDENTIAL" within 30 days of receipt of those transcripts.

Whereas, Defendants filed the Declaration of Peter L. Chasey, Esq. in support of Motion for Case Dispositive Sanctions for Perjury and Other Misconduct [Document 242-1] on 03/07/24 without redacting or requesting to seal portions of the following exhibits attached thereto:

1. Deposition of Leonidas Valkanas, Volume I, taken on September 1, 2022 at page 33, lines 11-22; page 305, lines 8-19; page 306, lines 10-11; and page 312, line 1. [Document 242-1 at pp. 47, 319-320, 326]

– 3 –

STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ. IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]

2.      Deposition of Jimmy Tsourtsouras taken on August 30, 2022 at page 7, lines 13-14; page 30, lines 2-19; page 59, lines 19 and 23-25; page 60, lines 1, 13, and 15; page 67, lines 5-6; page 128, lines 23 and 25; page 136, lines 9-24; page 153, lines 16 and 21; and page 203, line 18. [Document 242-1 at pp. 337, 360, 389-390, 397, 458, 466, 468, 483, 533]

3.      Deposition of David Chin taken on July 27, 2023 at page 101, lines 9-18; page 106, lines 14-15; page 107, line 3 to page 110, line 19; and page 11, line 4. [Document 242-1 at pp. 846, 851-856]

Whereas, Defendants have subsequently filed an Amended Declaration of Peter L. Chasey, Esq. in support of Motion for Case Dispositive Sanctions for Perjury and Other Misconduct [Document 243-1] on 03/13/24, which redacts the above-referenced information designated as "CONFIDENTIAL."

THE PARTIES HEREBY STIPULATE AND AGREE to strike the Declaration of Peter L. Chasey, Esq. in support of Motion for Case Dispositive Sanctions for Perjury and Other Misconduct [Document 242-1] in its entirety and replace it with the Amended Declaration of Peter L. Chasey, Esq. in support of Motion for Case Dispositive Sanctions for Perjury and Other Misconduct [Document 243-1].

**IT IS SO STIPULATED.**

**[signatures on the following page]**

– 4 –

STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ. IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]

Dated this 14th day of March, 2024.

Chasey Law Offices

/s/ Peter L. Chasey
Peter L. Chasey, Esq.
Nevada Bar No. 7650
Chasey Law Offices
3295 N. Fort Apache Road, Suite 110
Las Vegas, Nevada 89129

S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Offices of S. Don Bennion
6980 O'Bannon Drive, Suite 400
Las Vegas, NV 89117

Attorneys for Defendants
AIRBORNE WIRELESS NETWORK, INC.,
MICHAEL J. WARREN, J. EDWARD
DANIELS, JASON DE MOS, ROBERT
BRUCE HARRIS, KELLY KABILAFKAS
and APCENTIVE, INC.

Dated this 14th day of March, 2024.

VC2 LAW

_/s/ Andrew B. Goodman
Michael C. Van, Esq.
Nevada Bar No. 3876
Garret R. Chase, Esq.
Nevada Bar No. 14498
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123

Farhad Novian, Esq.
California Bar No. 118129
Andrew B. Goodman, Esq.
California Bar No. 267972
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067

Attorneys for Plaintiffs

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3/18/2024

– 5 –

STIPULATION AND ORDER TO STRIKE DECLARATION OF PETER L. CHASEY, ESQ.
IN SUPPORT OF MOTION FOR CASE DISPOSITIVE SANCTIONS FOR
PERJURY AND OTHER MISCONDUCT [DOCUMENT 242-1]