MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**VC2 LAW**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
         garrett@vc2law.com

*Attorneys and Local Counsel for Plaintiffs*

FARHAD NOVIAN (California Bar No. 118129; admitted pro hac vice)
*farhad@novianlaw.com*
ANDREW B. GOODMAN (California Bar No. 267972; admitted pro hac vice)
*agoodman@novianlaw.com*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:     (310) 553-1222
Facsimile:      (310) 553-0222

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TSATAS, an individual; LEONIDAS VALKANAS, as trustee of the KEET TRUST dated August 1, 2015; RAYMOND BARAZ, an individual; PASCAL ABDALLAH, an individual; JIMMY TSOUTSOURAS, an individual; FOTINI VENETIS, an individual; NICHOLAS TSOUTSOURAS, an individual; CONNIE TSOUTSOURAS, an individual; RAYMONDE KANHA, an individual; ALFRED BEKHIT, an individual; JACQUEZ ELBAZ, an individual; MARTINE BENEZRA, an individual; JAMES P. CARROLL, an individual; DAVID CHIN, an individual; JENNIFER MILLS, an individual; PAUL SUBLETT, an individual; ANDREW SUBLETT, an individual; MANOLIS KOSTAKIS, an individual; ESTHER GEORGAKOPOULOS, an individual; EVAGELIA KOSTAKIS, an individual; DENIS PARSONS, an individual; SOFIA KARDARAS, an individual; JIMMY ASMAKLIS, an individual; CORRADINO | CASE NO.: 2:20-cv-2045-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLY BRIEFS TO DEFENDANTS' MOTION FOR CASE DISPOSITIVE SANCTIONS (ECF NO. 242) BY 7 DAYS**<br><br>**(First Request)** |

GALUPPO, an individual; DENIS KOPITAS, an individual; TERRY TSATAS, an individual; GEORGE TSATAS, an individual; PANAGIOTA TSATAS, an individual; OURANIA TSATAS, an individual; KIRIAKOS PRIMBAS, an individual; EVANTHIA PRIMBAS, an individual; PATRICK AYOUB, an individual; MICHAEL BESCEC, an individual; ERNEST LEBOEUF, an individual; PHILIPPE LEGAULT, an individual; EFTIHIOS LITSAKIS, an individual; GIOVANNI MONCADA, an individual; MARC RIEL, an individual; JARADEH SALIM, an individual; HANI HAMAM, an individual; CONSTANTIN ZISSIS, an individual; BESSIE PEPPAS, an individual; NIKI PALIOVRAKAS, an individual,

        Plaintiffs,

    v.

AIRBORNE WIRELESS NETWORK, INC., a Nevada Corporation; MICHAEL J. WARREN, an individual; J. EDWARD DANIELS, an individual; MARIUS DE MOS, an individual; JASON DE MOS, an individual; ROBERT BRUCE HARRIS, an individual; KELLY KABILAFKAS, an individual; and APCENTIVE, INC., a Nevada Corporation,

        Defendants.

## STIPULATED REQUEST FOR EXTENSION OF DEADLINE TO FILE RESPONSE AND REPLY BRIEFS TO ECF NO. 242

Plaintiffs (as listed in the above caption, with the exception of the ten named plaintiffs for whom the Court granted a Motion to Withdraw (ECF No. 219) and for which there is a pending unopposed request to dismiss them (ECF No. 236)) and Defendants (as listed in the above caption, with the exception of the deceased defendant Marius de Mos) (together, the "Parties"), by and through their undersigned counsel of record, submit this Stipulation to Extend Time to File Responses and Replies pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1.

WHEREAS, on March 7, 2024, Defendants filed a Motion for Case Dispositive Sanctions for Perjury and Other Misconduct Against All Plaintiffs, or in the Alternative Against Plaintiff Leonidas Valkanas, as Trustee of the Keet Trust (ECF No. 242).

WHEREAS, Plaintiffs' Response to Defendants' Motion for Case Dispositive Sanctions is currently due on March 21, 2024 and Defendants' Reply Brief is currently due on March 28, 2024.

WHEREAS, the Parties have met and conferred about material that was filed in the Declaration of Peter L. Chasey, Esq. (ECF No. 242-1) that Plaintiffs designated as "CONFIDENTIAL" pursuant to the August 9, 2021 Stipulated Protective Order and Confidentiality Agreement (ECF No. 64).

WHEREAS, on March 14, 2024, the Parties reached a stipulation to strike (ECF No. 245) the Declaration of Peter L. Chasey, Esq. (ECF No. 242-1) and replace it with the Amended Declaration of Peter L. Chasey, Esq. (ECF No. 243-1), filed on March 13, 2024 and which redacted the information Plaintiffs designated as "CONFIDENTIAL."

WHEREAS, the meet and confer process regarding the "CONFIDENTIAL" material took time away from Plaintiffs' ability to oppose Defendants' Motion (ECF No. 242) on the merits.

WHEREAS, the Parties agreed that Plaintiffs could have an additional week to respond to Defendants' Motion (ECF No. 242), without prejudice to requesting an additional week, if needed.

WHEREAS, this is the Parties' first request for an extension of the deadlines to file a Response and Reply Brief to Defendants' Motion (ECF No. 242).

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by

and through their respective attorneys of record, that, for good cause, the deadlines to file a Response and Reply Brief to Defendants' Motion (ECF No. 242) is extended by one week as follows:

| | |
|---|---|
| Current deadline to file Response to Defendants' Motion for Case Dispositive Sanctions (ECF No. 242) | March 21, 2024 |
| **New deadline to file Response to Defendants' Motion for Case Dispositive Sanctions (ECF No. 242)** | **March 28, 2024** |
| Current deadline to file Replies re Defendants' Motion for Case Dispositive Sanctions (ECF No. 242) | March 28, 2024 |
| **New deadline to file Replies re Defendants' Motion for Case Dispositive Sanctions (ECF No. 242)** | **April 4, 2024** |

**IT IS SO STIPULATED.**

DATED: March 15, 2024

                          Respectfully submitted.

                          VC2 LAW
                          NOVIAN & NOVIAN, LLP

By: */s/ Andrew B. Goodman*
     MICHAEL C. VAN, ESQ. #3876
     GARRETT R. CHASE, ESQ. #14498
     8985 S. Eastern Ave., Suite 100
     Las Vegas, Nevada 89123

     FARHAD NOVIAN, ESQ. (CA Bar No. 118129)

ANDREW B. GOODMAN, ESQ. (CA Bar No. 267972)
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
*Attorneys for Plaintiffs*

DATED: March 15, 2024

Respectfully submitted.

CHASEY LAW OFFICES
LAW OFFICES OF S. DON BENNION

By: */s/* Peter Chasey
PETER L. CHASEY, ESQ. #7650
3295 N. Fort Apache Road, Suite 110
Las Vegas, Nevada 89129

S. Don Bennion, Esq. #4530
6980 O'Bannon Drive, Suite 400
Las Vegas, Nevada 89117

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/18/2024

**CERTIFICATE OF SERVICE**

I, Amanda McGill, declare that I am employed by the law firm of Novian & Novian, LLP, a citizen of the United States of America, a resident of the state of California, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On March 15, 2024, I caused a true and correct copy of the foregoing document to be served on the person(s) listed below in the manner indicated:

| | |
|---|---|
| Peter L. Chasey, Esq.<br>Chasey Law Offices<br>3295 N. Fort Apache Road, Suite 110<br>Las Vegas, Nevada 89129<br>Email: peter@chaseylaw.com | ☐ Via Hand Delivery<br>☒ Via First Class Mail<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☒ Via CM/ECF |

S. Don Bennion, Esq.
Law Offices of S. Don Bennion
6980 O'Bannon Drive, Suite 400
Las Vegas, NV 89117
Email: don@bennionlaw.com

Sofia Kardaras
Email: sophiakard@gmail.com

Jimmy Asmaklis
Email: jda86@outlook.com

Michael Bescec
Email: mbescec@outlook.com

Ernest Leboeuf
Email: erniejleboeuf@gmail.com

Constantin Zissis
Email: kostazissis@live.ca

Eftihios Listakis
Email: information@constructionleandre.com

Phillipe Legault
4031 Rue Oliver
Laval, Quebec, Canada H7R5Y6

Giovanni Moncada
204 Ivy Jay Crescent
Aurora, Ontario, Canada L4G-0E9

Jaradeh Salim
11515 Rue LaForest
Montreal, Quebec, Canada H3M2W5

Hani Hamam
7550 Querbes Ave.
Montreal, Quebec, Canada H3N 2B6

Marius de Mos
Email: wind-power@msn.com

DATED March 15, 2024.

/s/ Amanda McGill

Amanda McGill – Legal Assistant
Novian & Novian, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Tel:  (310) 553-1222
Fax:  (310) 553-0222
Email: amanda@novianlaw.com