MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**VC2 LAW**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
        garrett@vc2law.com

*Attorneys and Local Counsel for Plaintiffs*

FARHAD NOVIAN (California Bar No. 118129; admitted pro hac vice)
*farhad@novianlaw.com*
ANDREW B. GOODMAN (California Bar No. 267972; admitted pro hac vice)
*agoodman@novianlaw.com*
ALEXANDER B. GURA (California Bar No. 305096; admitted pro hac vice)
*gura@novianlaw.com*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:     (310) 553-1222
Facsimile:     (310) 553-0222

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TSATAS, an individual; LEONIDAS VALKANAS, as trustee of the KEET TRUST dated August 1, 2015; RAYMOND BARAZ, an individual; PASCAL ABDALLAH, an individual; JIMMY TSOUTSOURAS, an individual; FOTINI VENETIS, an individual; NICHOLAS TSOUTSOURAS, an individual; CONNIE TSOUTSOURAS, an individual; RAYMONDE KANHA, an individual; ALFRED BEKHIT, an individual; JACQUEZ ELBAZ, an individual; MARTINE BENEZRA, an individual; JAMES P. CARROLL, an individual; DAVID CHIN, an individual; JENNIFER MILLS, an individual; PAUL SUBLETT, an individual; ANDREW SUBLETT, an individual; MANOLIS KOSTAKIS, an individual; ESTHER GEORGAKOPOULOS, an individual; EVAGELIA KOSTAKIS, an individual; | CASE NO.: 2:20-cv-2045-RFB-BNW  **STIPULATED REQUEST FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE AND DEADLINE TO FILE JOINT PRETRIAL ORDER BY APPROXIMATELY 28 DAYS, AND REQUEST FOR ENTRY OF PROPOSED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**  **(Twelfth Request)** |

DENIS PARSONS, an individual; SOFIA KARDARAS, an individual; JIMMY ASMAKLIS, an individual; CORRADINO GALUPPO, an individual; DENIS KOPITAS, an individual; TERRY TSATAS, an individual; GEORGE TSATAS, an individual; PANAGIOTA TSATAS, an individual; OURANIA TSATAS, an individual; KIRIAKOS PRIMBAS, an individual; EVANTHIA PRIMBAS, an individual; PATRICK AYOUB, an individual; MICHAEL BESCEC, an individual; ERNEST LEBOEUF, an individual; PHILIPPE LEGAULT, an individual; EFTIHIOS LITSAKIS, an individual; GIOVANNI MONCADA, an individual; MARC RIEL, an individual; JARADEH SALIM, an individual; HANI HAMAM, an individual; CONSTANTIN ZISSIS, an individual; BESSIE PEPPAS, an individual; NIKI PALIOVRAKAS, an individual,

        Plaintiffs,

  v.

AIRBORNE WIRELESS NETWORK, INC., a Nevada Corporation; MICHAEL J. WARREN, an individual; J. EDWARD DANIELS, an individual; MARIUS DE MOS, an individual; JASON DE MOS, an individual; ROBERT BRUCE HARRIS, an individual; KELLY KABILAFKAS, an individual; and APCENTIVE, INC., a Nevada Corporation,

        Defendants.

**STIPULATED REQUEST FOR EXTENSION OF DEADLINES AND PROPOSED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Plaintiffs (as listed in the above caption, with the exception of the ten named plaintiffs for whom the Court granted a Motion to Withdraw (ECF No. 219) and for which there is a pending unopposed request to dismiss them (ECF No. 236)) and Defendants (as listed in the above caption, with the exception of the deceased defendant Marius de Mos) (together, the "Parties"), by and through their undersigned counsel of record, submit this Stipulated Request for Extension of Dispositive Motion Deadline and Deadline to File Joint Pretrial Order by Approximately 28 days, pursuant to FRCP 6(b) and 16(b), as well as LR 26-3 and LR IA 6-1.

WHEREAS, this is the Parties' twelfth request for an extension of deadlines in the scheduling order.

WHEREAS, on December 18, 2023, the Court granted Defendants Airborne and Apcentive's most recent request for an extension of the scheduling order (ECF No. 235), such that the following cutoff dates currently apply:

Dispositive Motions – April 17, 2024

Proposed Joint Pretrial Order – May 17, 2024, or 30 days after the final dispositive motion is ruled upon.

WHEREAS, pursuant to LR 26-3, the Parties agree on the following:

WHEREAS, the discovery cutoff date of March 18, 2024 has lapsed and the Parties are not asking to reopen discovery.

WHEREAS, on March 7, 2024, Defendants filed a Motion for Case Dispositive Sanctions (ECF No. 242), for which the Response and Reply deadlines were originally on March 21, 2024 and March 28, 2024, respectively.

WHEREAS, due to meet and confer efforts regarding the filing and striking of "CONFIDENTIAL" material pursuant to the August 9, 2021 Stipulated Protective Order and Confidentiality Agreement (ECF No. 64), and Plaintiffs' counsel's trial in another matter set for April 3, 2024, the Parties stipulated to extensions of the Response and Reply deadlines for Defendants' Motion for Case Dispositive Sanctions. ECF Nos. 246, 249.

WHEREAS, the Court granted both stipulations (ECF Nos. 248, 250), and the Responses and Replies for Defendants' Motion for Case Dispositive Sanctions are currently due on April 4, 2024 and April 12, 2024.

WHEREAS, during the 28 days the Parties have been preparing Responses and Replies to Defendants' Motion for Case Dispositive Sanctions, they will not be able to devote time to preparing dispositive motions.

WHEREAS, due to the complexity of the anticipated dispositive motions, the Parties further agree that a stipulated briefing schedule is appropriate that provides slightly more time for responses and replies than the default deadlines under the Local Rules.

WHEREAS, the Parties have met and conferred about the timing of the responses and replies for dispositive motions to accommodate a trial schedule for Defendants' counsel.

WHEREAS, the Parties do not dispute that both sides have acted diligently since the last request for an extension, and good cause supports an extension of approximately 28 days to each remaining cutoff date,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that the below-listed proposed schedule should govern this case, without prejudice to requests for further extensions for good cause:

    Dispositive Motions – May 15, 2024

    Responses to Dispositive Motions due – June 19, 2024

    Replies to Dispositive Motions due – July 10, 2024

    Proposed Joint Pretrial Order – August 9, 2024, or 30 days after the final dispositive motion is ruled upon.

**IT IS SO STIPULATED.**

DATED: April 1, 2024

                            Respectfully submitted.

                            VC2 LAW
                            NOVIAN & NOVIAN, LLP

By: */s/ Andrew B. Goodman*
MICHAEL C. VAN, ESQ. #3876
GARRETT R. CHASE, ESQ. #14498
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123

FARHAD NOVIAN, ESQ. (CA Bar No. 118129)
ANDREW B. GOODMAN, ESQ. (CA Bar No. 267972)
ALEXANDER BRENDON GURA, ESQ. (CA Bar No. 305096)
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
*Attorneys for Plaintiffs*

DATED: April 1, 2024

Respectfully submitted.

CHASEY LAW OFFICES
LAW OFFICES OF S. DON BENNION

By: */s/ Peter L. Chasey*
PETER L. CHASEY, ESQ. #7650
3295 N. Fort Apache Road, Suite 110
Las Vegas, Nevada 89129

S. Don Bennion, Esq. #4530
6980 O'Bannon Drive, Suite 400
Las Vegas, Nevada 89117

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/3/2024

**CERTIFICATE OF SERVICE**

I, Amanda McGill, declare that I am employed by the law firm of Novian & Novian, LLP, a citizen of the United States of America, a resident of the state of California, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On April 1, 2024, I caused a true and correct copy of the foregoing document to be served on the person(s) listed below in the manner indicated:

| | |
|---|---|
| Peter L. Chasey, Esq.<br>Chasey Law Offices<br>3295 N. Fort Apache Road, Suite 110<br>Las Vegas, Nevada 89129<br>Email: peter@chaseylaw.com | ☐ Via Hand Delivery<br>☑ Via First Class Mail<br>☐ Via Facsimile<br>☑ Via Electronic Mail<br>☑ Via CM/ECF |

S. Don Bennion, Esq.
Law Offices of S. Don Bennion
6980 O'Bannon Drive, Suite 400
Las Vegas, NV 89117
Email: don@bennionlaw.com

Sofia Kardaras
Email: sophiakard@gmail.com

Jimmy Asmaklis
Email: jda86@outlook.com

Michael Bescec
Email: mbescec@outlook.com

Ernest Leboeuf
Email: erniejleboeuf@gmail.com

Constantin Zissis
Email: kostazissis@live.ca

Eftihios Listakis
Email: information@constructionleandre.com

Phillipe Legault
4031 Rue Oliver
Laval, Quebec, Canada H7R5Y6

Giovanni Moncada
204 Ivy Jay Crescent
Aurora, Ontario, Canada L4G-0E9

Jaradeh Salim
11515 Rue LaForest
Montreal, Quebec, Canada H3M2W5

Hani Hamam
7550 Querbes Ave.
Montreal, Quebec, Canada H3N 2B6

Marius de Mos
Email: wind-power@msn.com

DATED April 1, 2024.

/s/ Amanda McGill

Amanda McGill – Legal Assistant
Novian & Novian, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Tel:  (310) 553-1222
Fax:  (310) 553-0222
Email: amanda@novianlaw.com