MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**VC2 LAW**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@vc2law.com
         garrett@vc2law.com

*Attorneys and Local Counsel for Plaintiffs*

FARHAD NOVIAN (California Bar No. 118129; admitted pro hac vice)
*farhad@novianlaw.com*
ANDREW B. GOODMAN (California Bar No. 267972; admitted pro hac vice)
*agoodman@novianlaw.com*
**NOVIAN & NOVIAN, LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA  90067
Telephone:     (310) 553-1222
Facsimile:      (310) 553-0222

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TSATAS, an individual; LEONIDAS VALKANAS, as trustee of the KEET TRUST dated August 1, 2015; RAYMOND BARAZ, an individual; PASCAL ABDALLAH, an individual; JIMMY TSOUTSOURAS, an individual; FOTINI VENETIS, an individual; NICHOLAS TSOUTSOURAS, an individual; CONNIE TSOUTSOURAS, an individual; RAYMONDE KANHA, an individual; ALFRED BEKHIT, an individual; JACQUEZ ELBAZ, an individual; MARTINE BENEZRA, an individual; JAMES P. CARROLL, an individual; DAVID CHIN, an individual; JENNIFER MILLS, an individual; PAUL SUBLETT, an individual; ANDREW SUBLETT, an individual; MANOLIS KOSTAKIS, an individual; ESTHER GEORGAKOPOULOS, an individual; EVAGELIA KOSTAKIS, an individual; DENIS PARSONS, an individual; SOFIA KARDARAS, an individual; JIMMY ASMAKLIS, an individual; CORRADINO | CASE NO.: 2:20-cv-2045-RFB-BNW<br><br>**STIPULATED REQUEST FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE AND DEADLINE TO FILE JOINT PRETRIAL ORDER BY 7 DAYS**<br><br>**(Thirteenth Request)** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | GALUPPO, an individual; DENIS KOPITAS, an individual; TERRY TSATAS, an individual; GEORGE TSATAS, an individual; PANAGIOTA TSATAS, an individual; OURANIA TSATAS, an individual; KIRIAKOS PRIMBAS, an individual; EVANTHIA PRIMBAS, an individual; PATRICK AYOUB, an individual; MICHAEL BESCEC, an individual; ERNEST LEBOEUF, an individual; PHILIPPE LEGAULT, an individual; EFTIHIOS LITSAKIS, an individual; GIOVANNI MONCADA, an individual; MARC RIEL, an individual; JARADEH SALIM, an individual; HANI HAMAM, an individual; CONSTANTIN ZISSIS, an individual; BESSIE PEPPAS, an individual; NIKI PALIOVRAKAS, an individual, |
| 10 | Plaintiffs, |
| 11 | v. |
| 12<br>13<br>14<br>15 | AIRBORNE WIRELESS NETWORK, INC., a Nevada Corporation; MICHAEL J. WARREN, an individual; J. EDWARD DANIELS, an individual; MARIUS DE MOS, an individual; JASON DE MOS, an individual; ROBERT BRUCE HARRIS, an individual; KELLY KABILAFKAS, an individual; and APCENTIVE, INC., a Nevada Corporation, |
| 16 | Defendants. |

## **STIPULATED REQUEST FOR EXTENSION OF DEADLINES FOR DISPOSITIVE MOTIONS**

Plaintiffs (as listed in the above caption, with the exception of the ten named plaintiffs for whom the Court granted a Motion to Withdraw (ECF No. 219) and for which there is a pending unopposed request to dismiss them (ECF No. 236)) and Defendants (as listed in the above caption, with the exception of the deceased defendant Marius de Mos) (together, the "Parties"), by and through their undersigned counsel of record, submit this Stipulated Request for Extension of Dispositive Motion Deadline and Deadline to File Joint Pretrial Order by 7 days, pursuant to FRCP 6(b) and 16(b), as well as LR 26-3 and LR IA 6-1.

WHEREAS, this is the Parties' thirteenth request for an extension of deadlines in the scheduling order.

WHEREAS, on April 3, 2024, the Court granted the parties' most recent stipulated request for an extension of the scheduling order (ECF No. 253), such that the following cutoff dates and briefing schedule currently applies:

    Dispositive Motions – May 15, 2024

    Responses to Dispositive Motions due – June 19, 2024

    Replies to Dispositive Motions due – July 10, 2024

    Proposed Joint Pretrial Order – August 9, 2024, or 30 days after the final dispositive motion is ruled upon.

WHEREAS, pursuant to LR 26-3, the Parties do not dispute that both sides have acted diligently since the last request for an extension, that good cause supports an extension of 7 days because Plaintiffs' counsel needs additional time to ensure the timely receipt of supporting declarations from all 33 remaining plaintiffs and that any material that needs to be submitted under seal is appropriately handled, and that Defendants do not object to Plaintiffs' counsel's need for additional time in this regard,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their respective attorneys of record, that the below-listed proposed schedule should govern this case, without prejudice to requests for further extensions for good cause:

Dispositive Motions – May 22, 2024

Responses to Dispositive Motions due – June 26, 2024

Replies to Dispositive Motions due – July 17, 2024

Proposed Joint Pretrial Order – August 16, 2024, or 30 days after the final dispositive motion is ruled upon.

**IT IS SO STIPULATED.**

DATED: May 9, 2024

                        Respectfully submitted.

                        VC2 LAW
                        NOVIAN & NOVIAN, LLP

By: */s/ Andrew B. Goodman*
    MICHAEL C. VAN, ESQ. #3876
    GARRETT R. CHASE, ESQ. #14498
    8985 S. Eastern Ave., Suite 100
    Las Vegas, Nevada 89123

    FARHAD NOVIAN, ESQ. (CA Bar No. 118129)
    ANDREW B. GOODMAN, ESQ. (CA Bar No. 267972)
    1801 Century Park East, Suite 1201
    Los Angeles, CA 90067
    *Attorneys for Plaintiffs*

DATED: May 9, 2024

                        Respectfully submitted.

                        CHASEY LAW OFFICES
                        LAW OFFICES OF S. DON BENNION

By: */s/ Peter L. Chasey*
    PETER L. CHASEY, ESQ. #7650
    3295 N. Fort Apache Road, Suite 110
    Las Vegas, Nevada 89129

S. Don Bennion, Esq. #4530
6980 O'Bannon Drive, Suite 400
Las Vegas, Nevada 89117

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/14/2024

# CERTIFICATE OF SERVICE

I, Amanda McGill, declare that I am employed by the law firm of Novian & Novian, LLP, a citizen of the United States of America, a resident of the state of California, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On May 9, 2024, I caused a true and correct copy of the foregoing document to be served on the person(s) listed below in the manner indicated:

| | |
|---|---|
| Peter L. Chasey, Esq.<br>Chasey Law Offices<br>3295 N. Fort Apache Road, Suite 110<br>Las Vegas, Nevada 89129<br>Email: peter@chaseylaw.com | ☐ Via Hand Delivery<br>☒ Via First Class Mail<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☒ Via CM/ECF |

S. Don Bennion, Esq.
Law Offices of S. Don Bennion
6980 O'Bannon Drive, Suite 400
Las Vegas, NV 89117
Email: don@bennionlaw.com

Sofia Kardaras
Email: sophiakard@gmail.com

Jimmy Asmaklis
Email: jda86@outlook.com

Michael Bescec
Email: mbescec@outlook.com

Ernest Leboeuf
Email: erniejleboeuf@gmail.com

Constantin Zissis
Email: kostazissis@live.ca

Eftihios Listakis
Email: information@constructionleandre.com

Phillipe Legault
4031 Rue Oliver
Laval, Quebec, Canada H7R5Y6

Giovanni Moncada
204 Ivy Jay Crescent
Aurora, Ontario, Canada L4G-0E9

Jaradeh Salim
11515 Rue LaForest
Montreal, Quebec, Canada H3M2W5

Hani Hamam
7550 Querbes Ave.
Montreal, Quebec, Canada H3N 2B6

Marius de Mos
Email: wind-power@msn.com

DATED May 9, 2024.

/s/ Amanda McGill

Amanda McGill – Legal Assistant
Novian & Novian, LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Tel:  (310) 553-1222
Fax:  (310) 553-0222
Email: amanda@novianlaw.com